IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                     ORDER

                Plaintiff,

                                                      07-cr-00112-bbc

    v.

DONALD BERNHARDT,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On November 23, 2007, the court received a number of letters written by members of a family allegedly defrauded by defendant.  Those letters concern criminal acts that are not part of the indictment to which defendant has pleaded guilty.  Therefore, the offenses described in the letters will not be taken into account in determining defendant's sentence and the letter writers will not be allowed to speak at the sentencing hearing.

       Through an oversight, the letters were not provided to defense counsel until November 26, 2007.  If counsel does not believe he has had sufficient opportunity to review

1

the matters in the letters, he should advise the court promptly.

Entered this 27th day of November, 2007.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2